UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS GRIGGS,

                Plaintiff,

             -against-

CRIMINAL COURT OF THE CITY OF NEW YORK, COUNTY OF NEW YORK, STATE OF NEW YORK; OFFICE OF THE DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK, STATE OF NEW YORK; D.A. CYRUS VANCE, JR., in his official capacity & in his unofficial, individual citizen capacity; JUDGE H. MOSES, who presided over Plaintiff's arraignment on or about Oct. 23, 2020; JUDGE I. MARCUS, who presided over Plaintiff's hearing on or about Jan. 21, 2121; in her, individual citizen, unofficial capacity; ASSIGNED ATTORNEY MAGGIE TAYLOR BY COLOR OF OFFICE JUDGE MARCUS AFTER BOTH WERE FIRED VIA DENNIS GRIGGS; PLAINTIFF; ADA1 DOE, true name currently unknown to Plaintiff, who prosecuted Plaintiff's arraignment on or about Oct. 23, 2020, in official capacity and personally; ADA2 DOE, true name currently unknown to Plaintiff, who prosecuted Plaintiff's arraignment on or about Jan. 21, 2021, in official capacity and personally; CASSANDRA JOHNSON, true name currently unknown to Plaintiff, Court Reporter who recorded Plaintiff's arraignment on or about Oct. 23, 2020; JOHN FILION, Court Reporter who recorded Plaintiff's hearing on or about Jan. 21, 2021; CO1 through Con, true names not currently known to Plaintiff, n Court Officers on duty at Plaintiff's arraignment on or about Oct. 23, 2020 and/or Plaintiff's haring on or about Jan. 21, 2021; B! DOE and B2 DOE, true names currently unknown to Plaintiff, Bailiffs at Plaintiff's arraignment on or about October 23, 2020 and hearing on or about Jan. 21, 2021, respectively; PO1 through POm, true names not currently known to Plaintiff, m NYPD officers who arrested Plaintiff on or about Oct. 23, 2020; FRANCES GRIGGS, wife of Plaintiff, who filed an unlawful police report, triggering Plaintiff's unlawful arrest and prosecution, at least 3 separate times, causing almost all & similar complaints below; to plaintiff & his very innocent & defenseless angelic, disabled at birth, 43 yr. Old daughter. Inflicting a life of neglect, abuse, threat, duress, coercion, confusion, chaos, emotional distress galore etc., etc., etc. upon her; FOR MORE THAN 15 YRS.,

                Defendants.

21-CV-1899 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued April 19, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) and as barred by the *Younger* abstention doctrine.

Plaintiff's request for injunctive relief (ECF No. 3) is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 19, 2021
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                  Chief United States District Judge